| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 24-11592-AMC

Bradly Koehler
226 Aubrey Drive
Quakertown  PA    18951

Petition Filed Date: 05/09/2024
341 Hearing Date: 07/19/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

**There were no receipts posted to this case for the time period selected**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ZACHARY PERLICK ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01S | Secured Creditors | $29,735.56 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $3,235.00 | $0.00 | $0.00 |
| 3 | T-MOBILE USA INC<br>»» 002 | Unsecured Creditors | $239.43 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $396.78 | $0.00 | $0.00 |
| 5 | BUCKS COUNTY WATER&SEWER AUTH<br>»» 04S | Secured Creditors | $18,428.83 | $0.00 | $0.00 |
| 6 | BUCKS COUNTY WATER&SEWER AUTH<br>»» 04U | Unsecured Creditors | $360.63 | $0.00 | $0.00 |
| 7 | UNITED STATES TREASURY (IRS)<br>»» 05P | Priority Creditors | $6,080.36 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 05S | Secured Creditors | $8,545.85 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 05U | Unsecured Creditors | $4,360.67 | $0.00 | $0.00 |
| 10 | LVNV FUNDING LLC<br>»» 006 | Unsecured Creditors | $3,109.09 | $0.00 | $0.00 |
| 11 | NEWREZ LLC  D/B/A<br>»» 007 | Mortgage Arrears | $250,466.92 | $0.00 | $0.00 |
| 12 | REAL TIME RESOLUTIONS INC<br>»» 008 | Mortgage Arrears | $13,973.81 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-11592-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $0.00 | Current Monthly Payment: | $300.00 |
| Paid to Claims: | $0.00 | Arrearages: | $900.00 |
| Paid to Trustee: | $0.00 | Total Plan Base: | $45,378.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.