IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>BRADLY KOEHLER<br>    Debtor,<br><br><br>REAL TIME RESOLUTIONS, INC.<br>    Movant,<br>  v.<br><br>BRADLY KOEHLER,<br>SCOTT F. WATERMAN, Chapter 13 Trustee<br>    Respondents. | Bankruptcy No. 24-11592-AMC<br><br>Chapter 13 |

CERTIFICATE OF SERVICE

  I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on September 11, 2024, I served Real Time Resolutions, Inc.'s Objection to Confirmation of Chapter 13 Plan filed May 23, 2024 upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronically via the court's CM/ECF system at the following addresses:

| | |
|---|---|
| Bradly Koehler<br>226 Aubrey Drive<br>Quakertown, PA 18951 | ZACHARY PERLICK<br>1420 Walnut Street<br>Suite 718<br>Philadelphia, PA 19102 |
| SERVICE VIA ELECTRONIC COMMUNICTION | |
| SCOTT F. WATERMAN [Chapter 13]<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606 | United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107 |

            By: /s/*Keri P. Ebeck*
            Keri P. Ebeck, Esq.
            PA I.D. # 91298
            kebeck@bernsteinlaw.com
            601 Grant Street, 9th Floor
            Pittsburgh, PA 15219
            Phone - (412) 456-8112
            Fax - (412) 456-8135

            *Counsel for Real Time Resolutions, Inc*