**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | BRADLEY KOEHLER | : CHAPTER 13 |
| | | : |
| | | : |
| | DEBTOR | : BANKRUPTCY NO. 24-11592 |

NOTICE OF RESCHEDULED CREDITORS MEETING AND
CERTIFICATE OF SERVICE

Notice is hereby given that the above named debtor's Creditor's Meeting has been rescheduled to October 11, 2024 at 12:15 P.M. The Meeting will be held via zoom.

A copy of this Notice is being served on all creditors and the Chapter 13 Trustee.


Dated: 9/13/24                         BY:   /Zachary Perlick/
                                             Zachary Perlick, Esquire
                                             1420 Walnut Street, Suite 718
                                             Philadelphia, PA  19102
                                             (215) 569-2922