UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>　　Bradly Koehler<br><br><br>　　　　　　Debtor | Chapter 13<br>Bankruptcy No.24-11592-AMC |

CERTIFICATE OF SERVICE

　　I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 9th day of October, 2024, by first class mail upon those listed below:

Bradly Koehler
226 Aubrey Drive
Quakertown, PA  18951

**Electronically via CM/ECF System Only:**

ZACHARY PERLICK ESQ
1420 WALNUT STREET
SUITE 718
PHILADELPHIA, PA  19102

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Kristen Gliem*
　　　　　　　　　　　　　　　　　　　　　　　Kristen Gliem
　　　　　　　　　　　　　　　　　　　　　　　for
　　　　　　　　　　　　　　　　　　　　　　　Scott F. Waterman, Esquire
　　　　　　　　　　　　　　　　　　　　　　　Standing Chapter 13 Trustee