**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       BRADLY KOEHLER                    : Bankruptcy No. 24-11592
                                               :
                                               :
             DEBTOR                            :       CHAPTER 13

## CERTIFICATION OF SERVICE

I hereby certify that true and correct copies of the foregoing Amended Chapter 13 Plan has been served upon the Trustee, U.S. Trustee, all counsel and creditors who entered appearances and all creditors on the Matrix in the above captioned case on October 11, 2024 by regular first class mail or electronic mail.

                                    BY: /s/ Zachary Perlick
                                        Zachary Perlick, Esquire
                                        1420 Walnut Street, Suite 718
                                        Philadelphia, PA  19102
                                        (215) 569-2922