United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 24-11592-amc
Bradly Koehler | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2
Date Rcvd: Jun 05, 2025 | Form ID: pdf900 | Total Noticed: 17

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bradly Koehler, 226 Aubrey Drive, Quakertown, PA 18951-2592 |
| 14882066 | + | BCWSA, 1275 Almshouse Road, Warrington, PA 18976-1209 |
| 14897227 | + | Bucks County Water and Sewer Authority, 1275 Almshouse Road, Warrington 18976-1209 |
| 14894724 | + | Commonwealth of Pennsylvania, Department of Revenue, c/o Brenda S. Bishop, Esq, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14891062 | + | US Bank Trust National Association, as Trustee, C/O Michael Farrington, Esq, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 06 2025 00:07:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 06 2025 00:07:00 | Commonwealth of Pennsylvania, Department of Revenue, Bureau of Compliance, PO Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: kebeck@bernsteinlaw.com | Jun 06 2025 00:07:00 | Real Time Resolutions, Inc., c/o Keri P. Ebeck, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219, PA 15219, UNITED STATES 15219-4430 |
| 14890756 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 06 2025 00:07:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14890716 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 06 2025 00:20:50 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14907759 | | Email/Text: mtgbk@shellpointmtg.com | Jun 06 2025 00:07:00 | NewRez LLC DBA Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 14890757 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 06 2025 00:07:00 | PA Department of Revenue, Bureau of Compliance Dept. 280946, Harrisburg, PA 17128-0946 |
| 14882067 | ^ | MEBN | Jun 06 2025 00:02:12 | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14883474 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 06 2025 00:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14907840 | | Email/Text: bkdepartment@rtresolutions.com | Jun 06 2025 00:07:00 | Real Time Resolutions, Inc, 1349 Empire Central Drive, Suite #150, Dallas, Texas 75247-4029 |
| 14882068 | + | Email/Text: mtgbk@shellpointmtg.com | Jun 06 2025 00:07:00 | Shellpoint Servicing, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 14889934 | + | Email/PDF: ebn_ais@aisinfo.com | | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Jun 05, 2025 | Form ID: pdf900 | Total Noticed: 17

Jun 06 2025 00:20:57    T Mobile/T-Mobile USA Inc, by AIS Infosource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14890755 | | Dina Koehler |
| 14890767 | | Dina Koehler |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14890754 | *+ | BCWSA, 1275 Almshouse Road, Warrington, PA 18976-1209 |
| 14890766 | *+ | BCWSA, 1275 Almshouse Road, Warrington, PA 18976-1209 |
| 14890768 | * | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14890769 | * | PA Department of Revenue, Bureau of Compliance Dept. 280946, Harrisburg, PA 17128-0946 |
| 14890758 | * | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14890770 | * | PPL Electric Utilities, 827 Hausman Road, Allentown, PA 18104-9392 |
| 14890759 | *+ | Shellpoint Servicing, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |
| 14890771 | *+ | Shellpoint Servicing, 75 Beattie Place, Suite 300, Greenville, SC 29601-2138 |

TOTAL: 2 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania bbishop@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | on behalf of Creditor US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| KERI P EBECK | on behalf of Creditor Real Time Resolutions Inc. kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| ZACHARY PERLICK | on behalf of Debtor Bradly Koehler Perlick@verizon.net pireland1@verizon.net;esquire.zacharyp.b123075@notify.bestcase.com |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      BRADLEY KEOHLER      :      CHAPTER 13
:
:
      DEBTOR      :      BANKRUPTCY No. 24-11592AMC

ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, consideration of the Motion to Dismiss Case filed by Scott F. Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby ORDERED that:

1. This chapter 13 bankruptcy case is DISMISSED.

2. Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are VACATED.

4. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. **Promptly after the expiration of the time period set forth in Paragraph 5 above, Counsel for the Debtor shall file either**: (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed or (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or, (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326 (a)(2).

BY THE COURT:

_____
THE HONORABLE ASHELY M. CHAN

Dated: June 4, 2025